**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION**

**LILLIAN GALMORE**                                                                            **PLAINTIFF**

**v.**                                    **CIVIL ACTION NO. 4:20CV00212-DMB-JMV**

**SUMMIT GARDEN APARTMENTS, LLC, ET AL.**                     **DEFENDANTS**

**ORDER STAYING CERTAIN PROCEEDINGS**

This case comes before the Court pursuant to L. U. Cɪᴠ. R. 16(b)(1)(B). The rule provides that

> [a] motion to remand . . . will stay the attorney conference and disclosure requirements and all discovery not relevant to the remand . . . issue and will stay the parties' obligation to make disclosures pending the court's ruling on the [remand] motion[]. . . .

Plaintiff filed a motion to remand [3] on December 15, 2020. Accordingly, the proceedings enumerated in Local Rule 16(b)(1)(B), along with the case management conference, are **STAYED** pending a decision on the motion to remand.

**THIS** 16th day of December, 2020.

                                                                   /s/ Jane M. Virden
                                                                   U.S. Magistrate Judge